IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY TEJADA, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 15-6647 |
| | : | |
| v. | : | |
| | : | |
| JON D. FISHER, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 12th day of May, 2016, after considering the application to proceed *in forma pauperis* filed by the *pro se* petitioner, Ricky Tejada ("Tejada") (Doc. No. 7), Tejada's motion to clarify the pleadings and motion to show cause the filing fee money wasn't remitted back to the court (Doc. No. 8), and Tejada's amended petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody (Doc. No. 11); and after also considering Tejada's originally-filed petition for a writ of habeas corpus (Doc. No. 1); and for the reasons set forth in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

    1.    The application to proceed *in forma pauperis* (Doc. No. 7) is **GRANTED** and Tejada has leave to proceed *in forma pauperis*;

    2.    The motion to clarify the pleadings and motion to show cause (Doc. No. 8) are **DENIED**;

    3.    The amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 11) is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

    4.    There is no cause for a certificate of appealability; and

5. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.